THOMAS LEONARD, Appellant, v. CITY OF SYRACUSE, Respondent.—
Judgment affirmed, with costs. All concurred.

BENJAMIN LOARY, Respondent, v. LOUIS BECKER, Appellant.— Judgment
and order affirmed, with costs. All concurred.

WILLIAM P. RICKARD, JR., and Another, Appellants, v. THE TOWN OF
WESTERN, Respondent.— Judgment and order reversed and new trial
granted, with costs to appellants to abide event. Held, that it was a
question of fact as to whether the highway was reasonably safe for public
travel, and if not, whether the highway commissioner was negligent in
permitting it to remain in that condition. All concurred.

BRAYTON C. HOPKINS, Respondent, v. PENNSYLVANIA RAILROAD COM-
PANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

HENRY MARTIN COMPANY, Appellant, v. GEORGE C. TAYLOR, as President
of the AMERICAN EXPRESS COMPANY, Respondent.— Judgment reversed and
new trial granted, with costs to appellant to abide event. Held, 1. That
the plaintiff may maintain the action though not the general owner of the
property. 2. That the evidence is sufficient to present the question as to
whether there was a delivery. All concurred.

HENRY P. BACHERT and Another, Individually and as Executors and
Trustees, etc., Respondents, v. CHARLES A. WHITE, Appellant.— Inter-
locutory judgment affirmed, with costs, with leave to the defendant to
plead over within twenty days upon payment of the costs of the demurrer
and of this appeal. All concurred.

LILLIAN McSTAY and Another, as Administrators, etc., Respondents,
v. ERIE RAILROAD COMPANY, Appellant.— Judgment and order affirmed,
with costs. All concurred.

In the Matter of the Estate of CHARLES M. MARTIN, Deceased. SIMEON
H. MARTIN, Appellant; NEWTON D. GRIFFITH, as Executor, etc., and
Others, Respondents.— Decree affirmed, with costs. All concurred.

EMMA A. WOOD, Respondent, v. SEYMOUR KETCHAM, as Executor, etc.,
Appellant.— Judgment affirmed, with costs. All concurred, except De Ange-
lis, J., who dissented.

MAUDE LYON CARY, Appellant, v. TOWN OF SCIPIO and Another, Respond-
ents.— Judgment and order in favor of the defendant Town of Scipio
affirmed, with costs. Judgment and order in favor of the defendant
telephone company reversed, and new trial granted, with costs against
said defendant to the appellant to abide event. Held, no case was made
for the jury of negligence of the town superintendent of highways. It
was a question of fact for the jury as to whether the telephone company
was negligent in permitting its wire across the highway to hang so low
as to be a source of danger to travelers and whether it was negligent in
failing to sooner discover and remedy the defect. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EMPIRE GAS AND
ELECTRIC COMPANY, Respondent, v. THOMAS D. ROGERS and Others,
Assessors of the city of Geneva, Appellants.— Order affirmed, with costs
against the City of Geneva. All concurred.